UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
In re:                                              Chapter 11

RED OAKS MILL CARPET CORP.,
                                                    Case No. 15-36638-rdd
                        Debtor.
---------------------------------x

## CERTIFICATION OF VOTE ACCEPTING OR REJECTING CHAPTER 11 PLAN

The undersigned counsel for RED OAKS MILL CAPRET CORP., (the "Debtor"), in furtherance of the hearing for confirmation of the above referenced Debtor's third amended chapter 11 plan (the "Plan") hereby certifies:

1. That the last date for ballots to be received is July 21, 2016, at 5:00 p.m.

2. Class 1-Allowed Priority Claims were not entitled to vote.

3. There were no Class 2-Secured Governmental Claim ballots received.

4. There were five Class 3-Unsecured Claim's ballots received accepting the Plan, in the aggregate amount of $40,297.14. There were no Class 3 ballots rejecting the Plan.

5. Class 4-Equity Interests were not entitled to vote.

The undersigned certifies that based upon a review of all of the ballots received for the Debtor, the above statements are true and correct and the Plan has been accepted by the requisite number of impaired creditors holding at least 2/3 of the claims and the Plan meets the requirement imposed under 11 U.S.C. §1129(a)(10).

Dated: Harrison, New York
       July 21, 2016

                                    BRONSON LAW OFFICES, P.C.

                                    By: /s/ H. Bruce Bronson
                                    H. Bruce Bronson, Esq.
                                    480 Mamaroneck Avenue
                                    Harrison, NY 10528
                                    Ph: 877-385-7793

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

      RED OAKS MILL CARPET CORP.,

            Debtor

Case No. :15-36638 (CGM)

Chapter 11
-----------------------------------------------------------X

## CLASS 3 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Bronson Law Offices, P.C., counsel for Red Oaks Mill Carpet Corp. (the "Debtor"), filed a third amended plan of reorganization dated May 8, 2016 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from:

      Bronson Law Offices, P.C.
      480 Mamaroneck Ave.
      Harrison, NY 10528
      914-269-2530 (tel.)
      888-908-6906 (fax)

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 2 under the Plan. If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Bronson Law Offices, P.C., 480 Mamaroneck Avenue, Harrison, New York 10528, on or before July 21, 2016 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of __1,264.39__:

☒ Accepts the plan

☐ Rejects the plan

Dated: __6/29/16__       STANDARD TILE Imports

Print or type name: __David Adami__

Signature: __[signed]__ __President__ Title (if corporation or partnership): ____

Address: __255 Rt 46__

           __Totowa NJ 07512__

---

      Return this ballot to: Bronson Law Offices, P.C.
                         480 Mamaroneck Ave.
                         Harrison, NY 10528
                         914-269-2530 (tel.)
                         888-908-6906 (fax)
                         hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

      RED OAKS MILL CARPET CORP.,

      Debtor

Case No. :15-36638 (CGM)

Chapter 11

---------------------------------------------------------X

## CLASS 3 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Bronson Law Offices, P.C., counsel for Red Oaks Mill Carpet Corp. (the "Debtor"), filed a third amended plan of reorganization dated May 8, 2016 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from:

      Bronson Law Offices, P.C.
      480 Mamaroneck Ave.
      Harrison, NY 10528
      914-269-2530 (tel.)
      888-908-6906 (fax)

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 2 under the Plan. If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Bronson Law Offices, P.C., 480 Mamaroneck Avenue, Harrison, New York 10528, on or before July 21, 2016 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of __413.50__:

☑ Accepts the plan

☐ Rejects the plan

Dated: __6/27/16__

Print or type name: __MARK LEVINSTEIN__

Signature: _____ Title (if corporation or partnership): __PRESIDENT__

Address: __NORTH POINT CARPET SUPPLIES__
         __185 SOUTH PLANK RD__
         __NEWBURGH, NY 12550__

Return this ballot to: Bronson Law Offices, P.C.
      480 Mamaroneck Ave.
      Harrison, NY 10528
      914-269-2530 (tel.)
      888-908-6906 (fax)
      hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

RED OAKS MILL CARPET CORP.,

Debtor

Case No. :15-36638 (CGM)

Chapter 11

-----------------------------------------------------------X

## CLASS 3 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Bronson Law Offices, P.C., counsel for Red Oaks Mill Carpet Corp. (the "Debtor"), filed a third amended plan of reorganization dated May 8, 2016 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from:

Bronson Law Offices, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 2 under the Plan. If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Bronson Law Offices, P.C., 480 Mamaroneck Avenue, Harrison, New York 10528, on or before July 21, 2016 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $11,370.00 :

☒ **Accepts the plan**

☐ **Rejects the plan**

Dated: 6/28/16

Print or type name: _____

Signature: _Robert X Campbell_ Title (if corporation or partnership: ____

Address: 4 Nancy Ct - Suite 1
Wappingers Falls, NY 12590

Return this ballot to: Bronson Law Offices, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

   RED OAKS MILL CARPET CORP.,

      Debtor

Case No. :15-36638 (CGM)

Chapter 11

-----------------------------------------------------------X

## CLASS 3 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Bronson Law Offices, P.C., counsel for Red Oaks Mill Carpet Corp. (the "Debtor"), filed a third amended plan of reorganization dated May 8, 2016 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from:

   Bronson Law Offices, P.C.
   480 Mamaroneck Ave.
   Harrison, NY 10528
   914-269-2530 (tel.)
   888-908-6906 (fax)

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 2 under the Plan. If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Bronson Law Offices, P.C., 480 Mamaroneck Avenue, Harrison, New York 10528, on or before July 21, 2016 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of _27,249.75_ :

☒ Accepts the plan

☐ Rejects the plan

Dated: _6/30/16_

Print or type name: _Bretton Woods/HHE caw of Stephen P. Williams_

Signature: _[signature]_ Title (if corporation or partnership): _Records Custodian Counsel for SNB_

Address: _111 Plymouth St._

_Marshfield, MA 02048_

---

   Return this ballot to: Bronson Law Offices, P.C.
      480 Mamaroneck Ave.
      Harrison, NY 10528
      914-269-2530 (tel.)
      888-908-6906 (fax)
      hbbronson@bronsonlaw.net