UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                  Chapter 11

RED OAKS MILL CARPET CORP.                                      15-36638 (CGM)

                              Debtor.

-------------------------------------------------------------x

## **ORDER CONFRIMING CHAPTER 11 PLAN OF REORGANIZATION**

     RED OAKS MILL CARPET CORP., the above referenced debtor and debtor in possession (the "Debtor"), having sought confirmation of the Amended Plan of Reorganization, dated May 8, 2016, and filed as Dkt. No.:43 (the "Plan"); and the Debtor having transmitted due and sufficient notice of its request for confirmation of the Plan and notice of the hearing thereon to creditors and interested parties as reflected in the Certificate of Service, filed as Dkt No.:53, along with a copy of the Plan and disclosure statement relating to the Plan, as well as a ballot for all parties in interest entitled to vote to accept or reject the Plan; and there being no objections to confirmation of the Plan; and it appearing that the Plan was accepted by at least one impaired class entitled to vote, as reflected in the Certification of Ballots, filed as Dkt. No.:56; and upon the record of the hearing held by the Court on July 26, 2016, on the Debtor's request for confirmation of the Plan; and the Court having found and concluded, after due deliberation, that the requirements set forth in 11 U.S.C. § 1129(a) for confirmation of the Plan have been satisfied and that the Debtor does not need to satisfy any requirements set forth in 11 U.S.C. §1129(b); and good and sufficient cause appearing, it is hereby

     **ORDERED,** that

     1.     The Plan is confirmed under 11 U.S.C. §1129 and all of its provisions are approved and binding to the fullest extent provide din 11 U.S.C. § 1141(a).

2. Pursuant to 11 U.S.C. §1141(b), all property of the Debtor and its estate is vested in the Reorganized Debtor.

3. The Debtor/Reorganized Debtor is authorized and directed to promptly perform its obligations and duties under the Plan without the need for further order or direction.

4. The Debtor/Reorganized Debtor is discharged of all debts that arose before the date of this Order, and any debt of a kind specified in 11 U.S.C. §502(g), (h), or (i) to the fullest extent provided in 11 U.S.C. §1141(d).

4. Counsel for the Debtor, or the Reorganized Debtor, shall cause a Final Report and a motion for a final decree closing this case under 11 U.S.C. §350(a) and Fed. R. Bankr. P. 3022 to be filed promptly after the substantial consummation of the Plan and, pursuant to Local Bankruptcy Rule 3022-1, shall file a quarterly report, with the Debtor's progress to completing performance of the Plan, pending such substantial consummation.

5. The Court reserves post-confirmation jurisdiction to the extent set forth in Article XII of the Plan.



**Dated: August 8, 2016**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**